A11A1688. LUANGKHOT v. THE STATE.
A11A2146. SALEUMSY v. THE STATE.
A11A2281. PHOMMACHANH v. THE STATE.
(747 SE2d 699)

MILLER, Judge.

In *Luangkhot v. State*, 292 Ga. 423 (736 SE2d 397) (2013), the Supreme Court of Georgia reversed the judgment of this Court in

*Luangkhot v. State*, 313 Ga. App. 599 (722 SE2d 193) (2012). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Ellington, P. J., and Doyle, P. J., concur.*

DECIDED AUGUST 8, 2013.

*Bruce S. Harvey, K. Julie Hojnacki*, for appellant (case no. A11A1688).

*Garland, Samuel & Loeb, John A. Garland*, for appellant (case no. A11A2146).

*David D. Marshall*, for appellant (case no. A11A2281).

*Daniel J. Porter, District Attorney, Rodney K. Miles, Assistant District Attorney*, for appellee.